E-FILED
Wednesday, 12 July, 2017 10:42:19 AM
Clerk, U.S. District Court, ILCD

# IN THE
# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| LORI WEBER,<br>  Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br>  Defendant. | Case No. 4:16-cv-04154-JEH |

### Order

Now before the Court is the Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. (D. 18).[1] The Commissioner has no objection. (D. 19). Therefore the Court GRANTS the motion and awards the Plaintiff, Lori Weber, $3,105.38 (three thousand one hundred five dollars and thirty eight cents) for attorney fees and $0 (zero dollars) for costs in full satisfaction of any and all claims the Plaintiff may have under the Equal Access to Justice Act, 28 U.S.C. § 2412.[2] The award fully and completely satisfies any and all claims for attorney fees, expenses, and costs that may be payable to the Plaintiff in this matter under the EAJA.

Any fees paid belong to the Plaintiff and not her attorney. The fees can be offset to satisfy any pre-existing debt that the Plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). If the Defendant can verify that the Plaintiff does not owe pre-existing debt to the government subject to offset, the

---

[1] Citations to the Docket in this case are abbreviated as "D. __."
[2] The undersigned presides over this case with the consent of all parties. (D. 11).

1

Defendant will direct payment of the award to the Plaintiff's attorney pursuant to the EAJA assignment.

*It is so ordered.*

Entered on July 12, 2017

s/Jonathan E. Hawley
U.S. MAGISTRATE JUDGE